DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JONATHAN A. FROST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1862

————————————————

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Terry P. Roberts of Law Office of Terry P. Roberts, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.